AO 440 (Rev. 8/01) Summons in a Civil Action   cm 7005 0390 0001 6159 6422

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BARBARA M. JEFFERS
and JOAN K. CRAIG

V.

RUSSELL COUNTY BOARD OF EDUCATION
and CHARLES NACRELLI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv685-CSC

TO: (Name and address of Defendant)

CHARLES NACRELLI
1402 DOUGLAS STREET
OPELIKA, AL 36801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. DON EDDINS
337 E. Magnolia Avenue, Suite 3
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 8/8/06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

cm 7005 0390 0001 6159 6415

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BARBARA M. JEFFERS
and JOAN K. CRAIG

V.

RUSSELL COUNTY BOARD OF EDUCATION
and CHARLES NACRELLI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06 CV 685

TO: (Name and address of Defendant)

RUSSELL COUNTY BOARD OF EDUCATION
P.O. BOX 400
PHENIX CITY, AL 36868-0400

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. DON EDDINS
337 E. Magnolia Avenue, Suite 3
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    8-8-06

_____             _____
CLERK                                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.