RECEIVED

SEP – 6 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.



Charles Natrelli
1402 Douglas Street
Opelika AL 36801



7005 0390 0001 4159 6422



06-685

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
| --- | --- | --- |

BARBARA M. JEFFERS
and JOAN K. CRAIG

V.

RUSSELL COUNTY BOARD OF EDUCATION
and CHARLES NACRELLI

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  3:06 CV 685-CSC

TO: (Name and address of Defendant)

CHARLES NACRELLI
1402 DOUGLAS STREET
OPELIKA, AL  36801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. DON EDDINS
337 E. Magnolia Avenue, Suite 3
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

8/8/06

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____        _____
                      Date                                          *Signature of Server*


                                                    _____
                                                        *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.