IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA JEFFERS and JOAN CRAIG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | CV-3:06-cv-00700-CSC |
| ) | |
| RUSSELL COUNTY BOARD OF ) | |
| EDUCATION, et. al ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PARTIES PLANNING MEETING

Come now, the parties in the above styled action and submits this Report of the Parties Planning Meeting:

1. Pursuant to Fed.R.Civ.P. 26(f) and this Court's 26(f) Order, a telephonic conference was held on October 10, 2006 and was attended by:

   W. Don Eddins for the plaintiffs and

   Sydney S. Smith, for the defendant, Russell County Board of Education.

   Defendant Charles Nacrelli has not been served as of this date.

2. **Pre-Discovery Disclosures**.

   The parties will exchange the information required by Fed. R.Civ. P. 26(a) (1) no later than 30 days after the 26(f) conference. Supplementation of 26(a) disclosures is to be made by May 1, 2007.

3. **Discovery Plan**.

    (a)   Discovery will be needed on the following subjects:
          All of plaintiff's claims and all of defendant's defenses.
    (b)   All discovery will be commenced in time to be completed by September 1, 2007.
    (c)   A maximum of 40 interrogatories by each party to any other party.
    (d)   A maximum of 25 requests for admission by each party to any other party.

1

  (e) A maximum of 25 requests for production by each party to any other party.
  (f) Maximum of 10 depositions by the plaintiff and 10 depositions by the defendant. All depositions will be limited to 7 hours, unless extended by agreement of the parties.

4. **Expert Reports**

 Reports from retained experts under 26(a) (2) due:
 from plaintiff  May 1, 2007
 from defendant  June 1, 2007

5. **Pretrial Conference**

 The parties request a Pretrial Conference with the Court on **December 1, 2007.**

6. **Adding Parties and Amendments to the Pleading**

 The plaintiff and defendant should be allowed until **January 15, 2007** to add additional parties and until **February 15, 2007** to amend the pleadings.

7. **Dispostive Motions**

 All potentially dispositive motions shall be filed by **October 31, 2007**.

8. **Prospects for Settlement**

 Settlement cannot be evaluated prior to the completion of some discovery in this case.

9. **Final Witness and Exhibit lists**

 Final Witness and Exhibit Lists under Rule 26(a) (3) should be due from the parties no later than **thirty (30) days prior to the trial date**.  The parties shall have **10 days** after service of witness and exhibit lists to serve objections under Rule 26(a) (3).

10. **Trial Date**

This case should be ready for trial by **February 4, 2008, in Opelika, Alabama** and at this time is expected to take 4-5 days.

                                                        Respectfully Submitted,

                                                        /s/W. Don Eddins
                                                        Counsel for the Plaintiffs

OF COUNSEL:

W. DON EDDINS
337 E. Magnolia Ave., Suite 3
Auburn, AL 36830
(334) 821-9981
Facsimile (334) 826-7700

                                                        /s/Sydney S. Smith
                                                        Counsel for the Defendant

OF COUNSEL:
SMITH & SMITH, PC
1503 Broad Street
Phenix City, AL 36867
(334) 298-2679
Facsimile (334) 298-6471