IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 OCT 17 A 9: 45
_____ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BARBARA JEFFERS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 3:06-cv-685-CSC |
| RUSSELL COUNTY BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

10/16/06
Date

Signature    W. Don Eddins, Attorney at Law (EDD005)

BARBARA JEFFERS and JOAN K. CRAIG
Counsel For (**print** name of all parties)

337 E. Magnolia Ave., Auburn, AL  36830
Address, City, State Zip Code

(334) 821-9981
Telephone Number