IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS and <br> JOAN K. CRAIG, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL COUNTY BOARD <br> OF EDUCATION, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:06cv685-CSC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

October 5, 2006
Date

Signature  Sydney S. Smith

Russell County Board of Education
Counsel For (**print** name of all parties)

Smith & Smith, P.C
1503 Broad Street
Phenix City, AL 36867
Address, City, State Zip Code

334-298-2679
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**