IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS and<br>JOAN K. CRAIG,<br><br>    PlaintiffS,<br><br>v.<br><br>RUSSELL COUNTY BOARD<br>OF EDUCATION, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.  3:06cv685-CSC<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For good cause, it is

ORDERED that the FED. R. CIV. P. 16 scheduling order entered on October 26, 2006 be and is hereby MODIFIED to the extent that all discovery shall be completed on or before December 3, 2007.

Done this 8th day of November, 2006.

                                            /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE