**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 6, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Rosser v. McKenzie Tank Lines, Inc.  Jeffers et al.
      v. Russell County Board of Education et al.
      Civil Action No. 3:06-cv-00685-CSC

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now **3:06-cv-00685-CSC**.

This new case number should be used on all future correspondence and pleadings in this action.