IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA M. JEFFERS and JOAN K. CRAIG, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action Number: CV 3:06CV685-CSC |
| RUSSELL COUNTY BOARD OF EDUCATION and CHARLES NACRELLI, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Matthew C. Williams, of the law firm of ESTES, SANDERS & WILLIAMS. LLC, and hereby gives notice of his appearance as counsel of record for the Defendant, Charles Nacrelli, in the above-styled cause of action.

/s/ Matthew C. Williams
Matthew C. Williams (WIL260)
ASB-4771-L61M
Attorney for Defendant, Charles Nacrelli

OF COUNSEL:

ESTES, SANDERS & WILLIAMS, LLC
3800 Colonnade Parkway, Suite 330
Birmingham, Alabama 35242
(205) 949-5500

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st  day of June, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

William Don Eddins, Esq.
Attorney at law
337 magnolia Avenue, Suite #3
Auburn, Alabama 36830-3133
doneddins@charter.net
*Attorney for Plaintiffs.*
*Barbara M. Jeffers and Joan K. Craig*

Sydney S, Smith, Esq.
Smith & Smith
1503 Broad Street
Phenix City, Alabama 36867
ssmith1503@bellsouth.net
*Attorney for Defendant,*
*Russell County Board of Education*

                 */s/  Matthew C. Williams*
                 OF COUNSEL