IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA JEFFERS and , <br> JOAN CRAIG, <br>     Plaintiffs, <br> v. <br> RUSSELL COUNTY BOARD OF <br> EDUCATION, *et al.*, <br>     Defendants. | CASE NO. 3:06-cv-685-WKW |

## **ORDER**

It is ORDERED that the parties shall confer and develop a proposed amended discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure unless Defendant Charles Nacrelli notifies the court that he joins in and adopts the Report of Rule 26(f) Planning Meeting (Doc. # 7) filed by the plaintiffs and the defendant, Russell County Board of Education. **On or before June 13, 2007**, either defendant Nacrelli shall file notice or the plaintiffs shall file the amended report.

DONE this 5th day of June, 2007.

                                              /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE