IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS and<br>JOAN K. CRAIG,<br><br>    Plaintiffs,<br><br>v.<br><br>RUSSELL COUNTY BOARD<br>OF EDUCATION, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:06cv685-WKW<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the plaintiffs' motion to compel (doc. # 19), it is

ORDERED that on or before September 6, 2007, the opposing parties shall show cause why the motion should not be granted.

Done this 28th day of August, 2007.


                         /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE