IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS and<br>JOAN K. CRAIG,<br><br>    Plaintiffs,<br><br>v.<br><br>RUSSELL COUNTY BOARD<br>OF EDUCATION, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:06cv685-CSC<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Now pending before the court is the plaintiffs' motion to compel (doc. # 19) filed on August 27, 2007, and motion for protective order (doc. # 22) filed on September 10, 2007. Upon consideration of the motions, it is

ORDERED that oral argument on the motions be and is hereby set on September 20, 2007 at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street. Montgomery, Alabama.

Done this 12th day of September, 2007.

　　　　　　　　　　　　　　　　　　／s/Charles S. Coody　　　　　　　
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE