**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| BARBARA JEFFERS and ) | |
| JOAN CRAIG, ) | |
|     Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-685-WKW |
| RUSSELL COUNTY BOARD OF ) | |
| EDUCATION, *et al.,* ) | |
|     Defendants. ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW COUNSEL FOR THE PARTIES and move the Court to amend the Amended Scheduling Order dated June 21, 2007 and state as follows:

1. Depositions in the case have been delayed while a Motion to Compel was before the Court, such matters resolved after a hearing before Chief Magistrate Judge Charles Coody in Montgomery September 20, 2007.

2. Judge Coody issued an Order dated October 10, 2007 denying, without prejudice, Plaintiffs' Motion to Compel.

3. Judge Coody's Order stated that if discovery indicates that any part of an investigation conducted by the Russell County Board of Education was not covered by work-product privilege, Plaintiffs may file another motion to compel production of documents.

4. In accordance with the Order, the parties have scheduled depositions within the next two weeks.

5. Because of these circumstances, the parties move the Court to amend the first Amended Scheduling Order to make the discovery deadline November 15, 2007.

6. Accordingly, the parties request that the deadline for filing of dispositive motions be extended to December 15, 2007, to give parties a full thirty days after completion of discovery to file such motions.

7. Also, the parties request that the face-to-face conference be held no later than January 11, 2008.

8. The parties request that all other timelines in Amended Uniform Scheduling Order remain unchanged.

WHEREFORE, the parties move the Court to approve these proposed changes in the Amended Scheduling Order which are needed due to the fact that discovery was interrupted over production issues.

Respectfully,

/s/W. Don Eddins (ASB-1424-S65W)
Attorney for Plaintiffs
337 E. Magnolia Avenue
Auburn, AL  36830
(334) 821-9981

/s/Sydney S. Smith  (ASB-4248-T82S)
Smith & Smith
Attorney for Defendant Russell County Board of Education
1503 Broad Street
Phenix City, AL  36867
(334) 298-2679

/s/Matthew C. Williams  (ASB-4771-L61M)
Estes, Sanders & Williams, LLC
Attorney for Defendant Nacrelli
3800 Colonnade Parkway, Suite 330
Birmingham, AL  35243

**CERTIFICATE OF SERVICE**

I, W. Don Eddins, counsel for Plaintiffs, hereby certify that on 12th day of October, 2007, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sydney S. Smith, Esq.  
Smith and Smith  
1503 Broad Street  
Phenix City, AL  36830  

Matthew C. Williams, Esq.  
Estes, Sanders & Williams, LLC  
3800 Colonnade Parkway, Ste. 330  
Birmingham, AL  35243  

/s/W. Don Eddins (ASB-1424-S65W)  
Attorney for Plaintiffs