IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BARBARA JEFFERS** and **JOAN CRAIG,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 3:06-cv-685-WKW ) |
| **RUSSELL COUNTY BOARD OF EDUCATION,** *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the court on the Joint Motion to Amend Scheduling Order (Doc. # 26). It is ORDERED that the motion is GRANTED. The court's previous Amended Uniform Scheduling Order is amended as follows:

1. The motions deadline as referenced in Section 2 is extended from December 10, 2007, to **December 15, 2007.**

2. The settlement conference deadline as referenced in Section 3 is extended from December 31, 2008, to **January 11, 2008.**

3. The discovery deadline as referenced in Section 7 is extended from October 1, 2007, to **November 15, 2007.**

DONE this 15th day of October, 2007.

                    /s/ W. Keith Watkins
               UNITED STATES DISTRICT JUDGE