IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

BARBARA M. JEFFERS and JOAN M. CRAIG, )
_____ )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )  CASE NO. 3:06-CV-685-WKW
                                    )
RUSSELL CO. BOARD OF EDUCATION, et al )
_____ )
                                    )
        Defendants,                 )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>JOAN M. CRAIG</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>         <u>Relationship to Party</u>

NONE


| 12/5/07 | (Signature) |
| Date |  |

W. DON EDDINS
(Counsel's Name)

PLAINTIFFS JEFFERS & CRAIG
Counsel for (print names of all parties)
337 E. MAGNOLIA AVENUE
AUBURN, AL 36830
Address, City, State Zip Code
(334) 821-9981
Telephone Number

## CERTIFICATE OF SERVICE

      I hereby certify that I am serving the foregoing document by first class mail upon the following counsel of record:

| | |
|---|---|
| Sydney S. Smith, Esq. | Matthew C. Williams, Esq. |
| Smith and Smith | Estes, Sanders & Williams, LLC |
| 1503 Broad Street | 3800 Colonnade Parkway, Ste. 330 |
| Phenix City, AL 36830 | Birmingham, AL 35243 |

                                                       W. Don Eddins (ASB-1424-S65W)
                                                      Attorney for Plaintiffs