IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern DIVISION

Barbara M. Jeffers and Joan M. Craig,

Plaintiff,

v.    CASE NO. 3:06-CV-685-WKW

Russell County Board of Education, et al.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Charles Nacrelli, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | |

12/7/2007
Date

/s/ Matthew C. Williams
(Signature)

Matthew C. Williams
(Counsel's Name)

Defendant, Charles Nacrelli
Counsel for (print names of all parties)

3800 Colonnade Parkway, Suite 330
Birmingham, AL 35243
Address, City, State Zip Code

205-949-5500
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern DIVISION

## CERTIFICATE OF SERVICE

I, Charles Nacrelli, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic filing using the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of December 2007, to:

W. Don Eddins, Esq., Attorney for Plaintiffs

Sydney S. Smith, Esq., Attorney for Defendant, Russell County Board of Education

12/6/2007
Date

/s/ Matthew C. Williams
Signature