IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS, *et al.*, )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>RUSSELL COUNTY BOARD OF )<br>EDUCATION, *et al.*, )<br>)<br>   Defendants. ) | Case No. 3:06-cv-0685-WKW |

## **ORDER**

It is ORDERED that the plaintiffs shall show cause in writing **on or before December 28, 2007**, why Defendant Russell County Board of Education's Motion to Amend Answer (Doc. # 28) should not be granted.

DONE this 14th day of December, 2007.

                                       /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE