IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS and JOAN M. CRAIG, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:06 CV 685 CSC ) |
| RUSSELL COUNTY BOARD OF EDUCATION and CHARLES NACRELLI, | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Come now the Defendant Russell County Board of Education and Pursuant to Rule 56 of the Federal Rules of Civil Procedure moves the Court to enter a summary judgment in its favor dismissing the above action on the grounds that there are no genuine issues as to any material fact and that this Defendant is entitled to judgment as a matter of law.

This Motion is based upon the pleadings; the Affidavits of Rebecca Lee and John Rudd; and excerpts from the depositions of Barbara Jeffers, Joan Craig, Charles Nacrelli, Rebecca Lee, Lillian Baker, Brenda Coley and Dewilda (Dillie) Elliott.

This 14th day of December, 2007.

SMITH & SMITH
A PROFESSIONAL CORPORATION


BY:  /s/ Sydney S. Smith
       Sydney S. Smith
       Attorney for the Defendant
       Russell County Board of Education
       1503 Broad Street
       Phenix City, Alabama  36867
       (334) 298-2679
       ASB-4248-T82S
       SSmith4843@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed today, December 14, 2007, by CM/ECF, the above and foregoing with copies being served upon:

W. Don Eddins, Esq.

doneddins@charter.net

    and

Matthew C. Williams, Esq.

matt@esw-law.com

/s/Sydney S. Smith