**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 20, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Jeffers et al v. Russell County Board of Education et al**

**Case Number:   3:06-cv-00685-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 44  filed on   December 20, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA JEFFERS and<br>JOAN CRAIG,<br>      Plaintiffs,<br>v.<br>RUSSELL COUNTY BOARD OF<br>EDUCATION, *et al.,*<br>      Defendants. | )<br>)<br>)<br>)   CASE NO. 3:06-cv-685-WKW<br>)<br>)<br>) |

### MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND
### TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, through counsel, and makes this Motion to Extend Time For Plaintiff To Respond to Defendants' Motions for Summary Judgment and would show unto the Court:

1. Defendant Russell County Board of Education filed a Motion for Summary Judgment, with accompanying brief, on December 14, 2007.

2. The Court gave Plaintiff until January 4, 2008 to respond to the motion.

3. Defendant Charles Nacrelli filed a Motion for Summary Judgment, with accompanying brief, on December 17, 2007.

4. Together the motions, briefs and exhibits total a few hundred pages and cite numerous cases.

5. Plaintiffs' counsel's office will be closed at least three days, in addition to weekends, during the holiday period between the present and January 4, 2007.

6. Plaintiffs' counsel needs just one additional week to adequately respond to the motions for summary judgment.

WHEREFORE, Plaintiffs' counsel moves the Court to grant a one-week extension for filing the responses so that the deadline to have the responses to the Court and Defendants' attorneys would be up to and including January 11, 2008.

        Respectfully,
/s/W. Don Eddins (ASB-1424-S65W)
Attorney for Plaintiffs
337 E. Magnolia Avenue
Auburn, AL 36830
(334) 821-9981
Facsimile (334) 826-7700
doneddins@charter.net

**CERTIFICATE OF SERVICE**

I, W. Don Eddins, counsel for Plaintiffs, hereby certify that on the 20th day of December, 2007, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Sydney S. Smith, Esq. | Matthew C. Williams, Esq. |
| Smith and Smith | Estes, Sanders & Williams, LLC |
| Attorney for Russell Co. Bd. of Education | Attorney from Mr. Nacrelli |
| 1503 Broad Street | 3800 Colonnade Parkway, Ste. 330 |
| Phenix City, AL 36830 | Birmingham, AL 35243 |
| ssmith4843@aol.com | matt@asw-law.com |

/s/W. Don Eddins (ASB-1424-S65W)
Attorney for Plaintiffs