IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0685-WKW |
| ) | |
| RUSSELL COUNTY BOARD OF ) | |
| EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of Defendant Russell County Board of Education's Motion to Amend Answer (Doc. # 28) and the plaintiffs' failure to show cause why the motion should not be granted as ordered by the court (Doc. # 38), it is ORDERED that Defendant Russell County Board of Education's Motion to Amend Answer (Doc. # 28) is GRANTED. In accordance with the Middle District of Alabama's *Civil Administrative Procedures*, Section II.A.5, Defendant Russell County Board of Education shall file electronically an exact duplicate of the amended answer that is attached to their motion (Doc. # 28-3) **on or before January 14, 2008**.

DONE this 7th day of January, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE