IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0685-WKW |
| ) | |
| RUSSELL COUNTY BOARD OF ) | |
| EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

By the Amended Uniform Scheduling Order dated June 21, 2007 (Doc. # 18), the parties were ordered to conduct their face-to-face settlement conference by December 31, 2007. The Uniform Scheduling Order requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" within five days of the date of the settlement conference. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before January 21, 2008**, shall either file the notice or show cause in writing why counsel has failed to comply with the court's orders.

DONE this 14th day of January, 2008.

                                                /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE