**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| BARBARA JEFFERS and ) | |
| JOAN CRAIG, ) | |
|    Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-685-WKW |
| RUSSELL COUNTY BOARD OF ) | |
| EDUCATION, *et al.,* ) | |
|    Defendants. ) | |

**REPORT OF THE PARTIES' FACE-TO-FACE CONERENCE**

In compliance with the Court's Order, the parties held the face-to-face conference on January 17, 2008. The parties would show unto the Court:

1. The parties were represented by counsel as follows:

    a. W. Don Eddins for plaintiffs Craig and Jeffers;

    b. Sydney S. Smith for defendant Russell County Board of Education;

    c. Matthew C. Williams for defendant Charles Nacrelli.

2. The parties discussed issues pending in the case, as well as potential liability of defendants.

3. The parties were unable to reach a settlement, but agreed to continue open discussions.

4. Plaintiffs' counsel agreed to discuss settlement options with his clients and present proposals to defendants' counsel.

                                          Respectfully,
                                          /s/W. Don Eddins (ASB-1424-S65W)
                                          Attorney for Plaintiffs
                                          337 E. Magnolia Avenue
                                          Auburn, AL  36830
                                          (334) 821-9981
                                          Facsimile (334) 826-7700
                                          doneddins@charter.net

## CERTIFICATE OF SERVICE

  I, W. Don Eddins, counsel for Plaintiffs, hereby certify that on the 18th day of January, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Sydney S. Smith, Esq. | Matthew C. Williams, Esq. |
| Smith and Smith | Estes, Sanders & Williams, LLC |
| Attorney for Russell Co. Bd. of Education | Attorney from Mr. Nacrelli |
| 1503 Broad Street | 3800 Colonnade Parkway, Ste. 330 |
| Phenix City, AL  36830 | Birmingham, AL  35243 |
| ssmith4843@aol.com | matt@asw-law.com |

      /s/W. Don Eddins (ASB-1424-S65W)
        Attorney for Plaintiffs