IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA JEFFERS, and<br>JOAN CRAIG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CV 3:06-cv-685-WKW |
| Vs. | ) | |
| | ) | |
| RUSSELL COUNTY BOARD OF<br>EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

RECEIVED
2008 JAN 18 P 3: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Theron Stokes, and hereby gives notice of his appearance as additional counsel for the Plaintiffs, Barbara Jeffers and Joan Craig, in the above-styled matter.

Respectfully submitted,

THERON STOKES
ASB-2106-T83T

OF COUNSEL:

ALABAMA EDUCATION ASSOCIATION
P.O. Box 4177
Montgomery, AL 36103-4177
(334) 834-9790

## CERTIFICATE OF SERVICE

I hereby certify that on this the __18th__ day of January, 2008, I have served a copy of the foregoing upon all counsel and by placing a copy of same in the United States mail, postage paid and addressed as follows:

Sydney Smith, Esq.
1503 Broad Street
Phenix City, AL 36867

Matthew C. Williams
3800 Colonade Parkway
Birmingham, AL 35243

_____
THERON STOKES

cc:   W. Don Eddins, Esq.