**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **BARBARA JEFFERS and** | |
| **JOAN CRAIG,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **CIVIL ACTION NO.:** |
| **vs.** | **CV-3:06-cv-00685-WKW** |
| | ) |
| **RUSSELL COUNTY BOARD OF** | ) |
| **EDUCATION, et. al** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT RUSSELL COUNTY BOARD OF EDUCATION'S WITNESSES,**
**DEPOSITION DESIGNATIONS, EXHIBITS AND TANGIBLE EVIDENCE**

COMES NOW THE DEFENDANT, Russell County Board of Education (hereinafter referred to as Board), submits herewith its Witnesses, Deposition Designations, Exhibits and tangible evidence.

    1.  WITNESSES

        A.  The Board expects to call the following witnesses.

            1.  Dewilda "Dillie" Elliott
                Member, Russell County Board of Education

            2.  Dr. Rebecca S. Lee
                4219 Old Seale Highway
                Seale, Alabama 36875
                334-298-4330
                Former Superintendent, Russell County Board of Education

            3.  Brenda Coley
                Principal of Oliver Elementary

            4.  Charles Nacrelli
                1402 Douglas Street
                Opelika, AL  36801

5. Jeri Nacrelli
   1402 Douglas Street
   Opelika, AL  36801

6. John Rudd
   Transportation, Supervisor, Russell County Board of Education

7. Barbara Gunter
   Central Office of Russell County Board of Education
   Former assistant to Dr. Lee

8. Mrs. Lillian Baker
   Assistant Superintendent for Personnel

9. Rose Fowles
   Secretary at Ladonia Elementary

B. The Board may call the following witnesses if the need arises.

10. Robert Jason Hopper
    Principal of Ladonia Elementary

11. Nuria Chaparro
    Counselor, Russell County Board of Education

12. Jamie Evans
    Smiths Station Primary School
    150 Lee Road 295
    Smiths, AL  36877

13. Alison Gentry
    Teacher at Oliver Elementary

14. Kelly Howard
    Westview Elementary School
    1012 23rd Ave.
    Phenix City, AL  36867

15. Beth Gaskins
    Teacher at Ladonia Elementary

16. Jacqueline Grant
    Alternative Learning Center

17. Keith Mitchell

2

Member, Russell County Board of Education

18.  Ken Coley
     47 North Herring Road
     Opelika, AL  36804
     Husband of Brenda Coley
     334-448-8799

19.  All of the names designated as witnesses by the Plaintiffs and
     the Defendant Nacrelli.

All of the above designated as Witnesses for the Board and for whom no specific addresses and/or phone numbers are given can be reached through the undersigned Counsel for the Board.

## 2. DEPOSITION DESIGNATIONS

The Board does not know of any specific deposition designations at this time. Should any of the individuals who have been deposed either by Plaintiffs or Defendants not be available for the trial of this case, the Board may need to use all or portions of the depositions of those unavailable witnesses at the trial. In addition, the Board may use all or portions of the depositions taken by Plaintiffs and Defendants for impeachment purposes.

## 3. EXHIBITS AND TANGIBLE EVIDENCE

The Board may use any or all of the documentation received by Board from Plaintiffs in answers to discovery and any or all of the documentation produced by Defendants to Plaintiffs in answers to discovery. All documents attached as Exhibits to Depositions. All documents attached as Exhibits to Pleadings in this case. This will include, but not be limited to: Plaintiffs' personnel files kept in the Central Office , Ladonia Elementary School and the Transportation Department; work schedules of the Plaintiffs; any written reports, grievances or statements of Plaintiffs complaining about their working conditions; portions of the personnel files of any employees of Defendant which have been produced; the policies, procedures and rules of Defendant including, but not limited to, any which pertain to counselors and school bus drivers; and Plaintiffs' EEOC files.

Counsel for Plaintiffs and Defendant Nacrelli have all of the documentation referenced above.

All of the Exhibits and tangible evidence designated by the Plaintiffs and the Defendant Nacrelli.

The undersigned Counsel for the Board realizes that the designated Exhibits have

not been numbered and some of the Exhibits designated may not be used at trial. However, Counsel is waiting for the Court's Order on its Motion for Summary Judgment as well as the results of Mediation which has been schedule for Friday, February 15, 2008. Following those events Counsel for the Board will have the Exhibits marked for identification prior to trial and will include them as Ordered by this Court on February 6, 2008 in Document 56.

This the 11th day of February, 2008

> Smith & Smith, P.C.
> /s/ Sydney S. Smith
> Attorneys for Defendant
> Russell County Board of Education
> 1503 Broad Street
> Phenix City, AL  36867
> 334-298-2679
> ASB-4248-T82S

## CERTIFICATE OF SERVICE

I hereby certify that I have filed today, February 11, 2008, by CM/ECF, the above and foregoing with copies being served upon:

W. Don Eddins, Esq.

doneddins@charter.net

and

Matthew C. Williams, Esq.

matt@esw-law.com

> /s/ Sydney S. Smith