**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| BARBARA JEFFERS and ) | |
| JOAN CRAIG, ) | |
|     Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-685-WKW |
| RUSSELL COUNTY BOARD OF ) | |
| EDUCATION, *et al.,* ) | |
|     Defendants. ) | |

**PLAINTIFFS' LIST OF WITNESSESS, EXHIBITS AND TANGIBLE EVIDENCE
AND DESIGNATION OF DEPOSTION TESTIMONY**

COME NOW THE PLAINTIFFS and submit this Plaintiff's List of Witnesses, Exhibits and Tangible Evidence and Designation of Deposition Testimony:

**I.    Witnesses**

**A. Plaintiffs expect to call**

1. Plaintiff Barbara Jeffers
   502 Highway 169
   Seale, AL 36875
   (334) 298-2867

2. Plaintiff Joan Craig
   5 Willow Street
   Phenix City, AL  36869
   (334) 214-5181

3. Defendant Charles Nacrelli
   1402 Douglas Street
   Opelika, AL  36801

4. Dewilda "Dillie" Elliott
   Member, Russell County Board of Education
   506 14th Street, Phenix City, AL  36867
   (334) 298-8791

5. Garnett Lamar Booker
   Lee County, Alabama
   Nephew of Plaintiff Craig who witnessed battery.

6. Dianne McDaniel
   Phenix City, AL
   Former bus driver for Russell County Board of Education.

7. Shirley Baker
   Phenix City, AL
   Bus driver for Russell County Board of Education
   506 14th Street, Phenix City, AL  36867
   (334) 298-8791

8. Lillian Baker
   Assistant Superintendent/Personnel Director
   Russell County Board of Education
   506 14th Street, Phenix City, AL  36867
   (334) 298-8791

9. Alison Gentry

    Teacher
Russell County Board of Education
506 14th Street, Phenix City, AL  36867
(334) 298-8791

10. Jamie Evans
    Teacher
    Smiths Station Elementary, Lee County Board of Education
    150 Lee Road 295
    Smiths, AL  36877
    (334) 448-4422

11. Kelley Brantley Howard
    Teacher
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

12. Rose Fowles
    Secretary, Ladonia Elementary School
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

13. Brenda Coley
    Principal, Oliver Elementary School
    Seale, AL 36875
    (334) 855-3225

14. Beth Gaskin
    Teacher
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

15. Jacqueline Grant
    Administrator
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

16. Dr. Rebecca Lee
    4219 Old Seale Highway

    Seale, AL  36875
    Former superintendent, Russell County Board of Education
    (334) 298-4330

17. Nuria Chaparro
    Counselor
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

18. Cheryl Garry Turk
    Loachapoka, AL
    Friend Ms. Craig confided in.

19. Paul Craig
    5 Willow Street
    Phenix City, AL  36869
    (334) 214-5181

20. Harry Newman
    5 Willow Street
    Phenix City, AL 36869
    Disabled brother of Ms. Craig
    (334) 214-5181

21. Bill Faulk
    502 Highway 169
    Seale, AL  36875
    (334) 298-2867

22. Dr. James Buford
    (Expert witness)
    337 E. Magnolia Avenue
    Auburn, AL  36830
    (334) 821-0125

**B. Plaintiff may call**

1. Jason Hopper
    Principal
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

2.  Jeri Nacrelli
    1402 Douglas Street
    Opelika, AL  36801

3.  Keith Mitchell
    Member
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

4.  Carolyn Bass
    Columbus, GA
    Retired teacher, Russell County Board of Education

5.  Gwen Lewis
    Teacher
    Ladonia Elementary School
    P.O. Box 400
    Phenix City, AL 36868-0400
    (334) 297-7313

6.  Ken Coley
    47 No. Herring Road
    Opelika, AL  36804

7.  Mr. John Rudd
    Supervisor
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

8.  Yvonne Amerson
    Teacher
    Russell County Board of Education
    506 14th Street, Phenix City, AL  36867
    (334) 298-8791

9. Dr. Janet Womack
    Former principal, Russell County Board of Education
    Auburn, AL  36830

10. Any witnesses from defendants' lists and any witnesses needed for

rebuttal or impeachment.

Defendants have deposed several of the witnesses. Others will testify about plaintiffs' being subjected to illegal touchings and comments and other abuse, as well as plaintiffs' reporting of same and how the abuse affected plaintiffs. Plaintiffs' counsel still is attempting to secure addresses and phone numbers of some witnesses, but the information will be produced soon.

## II. Deposition designations

Plaintiffs expect to call as witnesses those persons who have been deposed. However, in the event that any of the following witnesses is unavailable, plaintiffs reserve the right to use deposition testimony of Rebecca Lee, Dewilda Elliott, Lillian Baker and Brenda Coley. Plaintiffs reserve the right to use deposition testimony for impeachment.

## III. Exhibits, documents and tangible evidence

Plaintiffs expect to use the following exhibits which are hereby designated as follows:

1. Exhibit A. Collectively, all documents relating to Mr. Nacrelli's losing his job as principal at Ladonia Elementary.

2. Exhibit B. Various sexual harassment policies of Russell County Board of Education, including "official" policy (GAJDBH) and handbook policy and bus driver manual policy.

3. Exhibit C. Personnel file, including the evaluations of Defendant Nacrelli.

4. Exhibit D. Schedule of Plaintiff Jeffers from the 2005-6 Ladonia Elementary School Handbook.

5. Exhibit E. Collection of photos taken at July 2005 school party recognizing promotion of principal Coley. (Note: Defendants have been shown the photographs and counsel for Defendant Nacrelli apparently has copied them.)

6. Exhibit F. Personnel file of Plaintiff Jeffers.

7. Exhibit G. Personnel file of Plaintiff Craig.

    8. Exhibit H. Medical records of Plaintiff Jeffers.

    9. Exhibit I. Medical records of Plaintiff Craig.

    10. Exhibit J. Collectively, U.S. Equal Employment Opportunity Commission files.

    11. Exhibit K. Bus driver's manual provided Ms. Craig for 2005-06 year.

    12. Any exhibits not designated here but that were made exhibits to depositions.

Defendants have most if not all the exhibits. Any defendants do not have shall be promptly provided. Plaintiffs reserve the right to use any exhibits designated by defendants. Plaintiffs reserve the right to use exhibits, documents and tangible objects needed for rebuttal and impeachment.

Final numbering and labeling of documents and exhibits will be completed according to the Court's February 6, 2008 Order (Doc. 56).

    Respectfully,
    /s/W. Don Eddins (ASB-1424-S65W)
    Attorney for Plaintiffs
    337 E. Magnolia Avenue
    Auburn, AL  36830
    (334) 821-9981
    Facsimile (334) 826-7700
    doneddins@charter.net

**CERTIFICATE OF SERVICE**

    I, W. Don Eddins, counsel for Plaintiffs, hereby certify that on the 11th day of February, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Sydney S. Smith, Esq. | Matthew C. Williams, Esq. |
| Smith and Smith | Estes, Sanders & Williams, LLC |
| Attorney for Russell Co. Bd. of Education | Attorney from Mr. Nacrelli |

| | |
|---|---|
| 1503 Broad Street | 3800 Colonnade Parkway, Ste. 330 |
| Phenix City, AL 36830 | Birmingham, AL 35243 |
| ssmith4843@aol.com | matt@asw-law.com |

/s/W. Don Eddins (ASB-1424-S65W)
Attorney for Plaintiffs