IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS and JOAN K. CRAIG, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 3:06cv685-WKW |
| RUSSELL COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

On February 15, 2008, the court held a mediation conference in this case. At the conclusion of the conference the parties announced to the court that they had reached a tentative settlement of all issues pending final approval by the Board. Accordingly, it is

ORDERED as follows:

1. That counsel for the Board shall notify the undersigned about the results of the Board action concerning the settlement.

2. That if the Board approves the settlement, on or before March 11, 2008, the parties shall file a joint stipulation for dismissal.

Done this 19th day of February, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE