# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **BARBARA M. JEFFERS** and **JOAN K. CRAIG,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | )     **CASE NO. 3:06-cv-685-WKW** |
| | ) |
| **RUSSELL COUNTY BOARD EDUCATION,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## ORDER

It is ORDERED that all dates and deadlines in this case, including the trial date, are CONTINUED generally due to the representation of the magistrate judge that this case is settled pending final approval by the Russell County Board of Education.

DONE this 21st day of February, 2008.

                                            /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE