IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS and <br> JOAN K. CRAIG, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL COUNTY BOARD OF <br> EDUCATION and CHARLES NACRELLI, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:06 CV 685 WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

JOINT STIPULATION FOR DISMISSAL FOR BARBARA M. JEFFERS, JOAN K.CRAIG
AND THE RUSSELL COUNTY BOARD OF EDUCATION

It is hereby stipulated by and between the Plaintiffs Barbara M. Jeffers and Joan K. Craig and Defendant Russell County Board of Education that the above styled cause shall be dismissed with prejudice as between the Plaintiffs and the Defendant Russell County Board of Education, each party to bear its own costs. The Plaintiffs' claims against the Defendant Charles Nacrelli are not dismissed herein.

This the 11th day of March, 2008.

          SMITH & SMITH
          A PROFESSIONAL CORPORATION
          BY: /s/ Sydney S. Smith
              Sydney S. Smith
              Attorney for Defendant
              Russell County Board of Education
              1503 Broad Street
              Phenix City, Alabama 36867
              (334) 298-2679
              ASB-4248-582S

          /s/ W. Don Eddins
          337 E. Magnolia Avenue, Suite 3,
          Auburn, AL 36830,
          Counsel for Plaintiff
          (334) 821-9981
          ASB-1424-S65W

1

**CERTIFICATE OF SERVICE**

We hereby certify that we have filed today, March 11, 2008, by CM/ECF, the above and foregoing with a copy being served upon:

Matthew C. Williams, Esq.

matt@esw-law.com

/s/Sydney S. Smith
/s/W. Don Eddins

CV/.C-06-045 StipDismissal

2