IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BARBARA M. JEFFERS and JOAN K. CRAIG,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **RUSSELL COUNTY BOARD OF EDUCATION and CHARLES NACRELLI,** | ) ) ) ) |
| **Defendants.** | ) ) ) |

Civil Action Number:
CV 3:06CV685-CSC

**DEFENDANT CHARLES NACRELLI'S MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL**

COMES NOW the Defendant, Charles Nacrelli, (hereinafter referred to as "Defendant"), and moves this Court to extend the time for filing its Stipulation of Dismissal for fourteen (14) days. As grounds therefore, Defendant states the following:

1. Defendant was awaiting the disbursement of settlement funds in a suit filed against Farmers Insurance Company which were received by Defendant on March 17, 2008.

2. A fourteen (14) day extension is necessary for Defendant to efficiently receive and disburse said funds as necessitated by the mediation of the above styled cause of action.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant, Charles Nacrelli, respectfully requests this Honorable Court grant its Motion to Extend Time to File Stipulation of Dismissal.

Respectfully submitted

/s/Matthew C. Williams
MATTHEW C. WILLIAMS

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

W. Don Eddins, Esq.
Attorney at Law
337 E Magnolia Avenue, Suite #3
Auburn, Alabama 36830-3133
doneddins@charter.net
*Attorney for Plaintiffs,*
*Barbara M. Jeffers and Joan K. Craig*

Sydney S, Smith, Esq.
Smith & Smith
1503 Broad Street
Phenix City, Alabama 36867
ssmith4843@aol.com
*Attorney for Defendant,*
*Russell County Board of Education*

/s/ Matthew C. Williams
OF COUNSEL