IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA M. JEFFERS and<br>JOAN K. CRAIG,<br><br>    Plaintiffs,<br><br>v.<br><br>RUSSELL COUNTY BOARD<br>OF EDUCATION, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 3:06cv685-WKW<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the defendant Nacrelli's motion for an extension of time to file the stipulation of dismissal (doc. # 64), it is

ORDERED that the motion be and is hereby GRANTED and that the time for filing the stipulation of dismissal be and is hereby extended from March 11, 2008 to March 25, 2008.

Done this 18th day of March, 2008.

                                      /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE