## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **BARBARA M. JEFFERS and**<br>**JOAN K. CRAIG,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number:** |
| | ) | **CV 3:06CV685-CSC** |
| **RUSSELL COUNTY BOARD OF** | ) | |
| **EDUCATION and CHARLES** | ) | |
| **NACRELLI,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW THE PARTIES,** the Plaintiffs, Barbara M. Jeffers and Joan K. Craig, and the Defendant, Charles Nacrelli, by and through the undersigned counsels of record and hereby jointly stipulate to the dismissal of this case as to Defendant, Charles Nacrelli, with prejudice and with each party bearing its own costs.

**WHEREFORE, PREMISES CONSIDERED**, both parties respectfully request this Honorable Court to dismiss this case as to Defendant, Charles Nacrelli, with prejudice with costs being taxed as paid.

DATED this __25th__ day of March, 2008.

Respectfully submitted,


/s/Matthew C. Williams

MATTHEW C. WILLIAMS


/s/ W. Don Eddins

W. DON EDDINS

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **BARBARA M. JEFFERS and** | ) | |
| **JOAN K. CRAIG,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number:** |
| | ) | **CV 3:06CV685-CSC** |
| **RUSSELL COUNTY BOARD OF** | ) | |
| **EDUCATION and CHARLES** | ) | |
| **NACRELLI,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

This cause is now before the Court on the Joint Stipulation of Dismissal with Prejudice filed by Plaintiffs, Barbara M. Jeffers and Joan K. Craig and the Defendant, Charles Nacrelli, by and through their undersigned attorneys and the Court having considered the same, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted against the Defendant, Charles Nacrelli, by the Plaintiffs, Barbara M. Jeffers and Joan K. Craig, in this action, are hereby **DISMISSED WITH PREJUDICE,** costs taxed as paid.

**DONE** this the ____ day of _____, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE**

cc:    Matthew C. Williams
       W. Don Eddins

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BARBARA M. JEFFERS and** | ) | |
| **JOAN K. CRAIG,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number:** |
| | ) | **CV 3:06CV685-CSC** |
| **RUSSELL COUNTY BOARD OF** | ) | |
| **EDUCATION and CHARLES** | ) | |
| **NACRELLI,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

---

**JOINT STIPULATION OF DISMISSAL**

---

**COME NOW THE PARTIES,** the Plaintiffs, Barbara M. Jeffers and Joan K. Craig,

and the Defendant, Charles Nacrelli, by and through the undersigned counsels of record and

hereby jointly  stipulate to the dismissal of this case as to Defendant, Charles Nacrelli, with

prejudice and with each party bearing its own costs.

**WHEREFORE, PREMISES CONSIDERED**, both parties respectfully request this

Honorable Court to dismiss this case as to Defendant, Charles Nacrelli, with prejudice with costs

being taxed as paid.

DATED this __25th__ day of March, 2008.

Respectfully submitted,


*/s/Matthew C. Williams*

MATTHEW C. WILLIAMS


*/s/ W. Don Eddins*

W. DON EDDINS